# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

---

No. 1D2024-1137

---

K.W., Mother of A.G., A Minor
Child,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

    Appellee.

---

On appeal from the Circuit Court for Washington County.
Timothy Register, Judge.

September 9, 2024

PER CURIAM.

    DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

LEWIS, ROBERTS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


K.W., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Appellate Division, Statewide Guardian ad Litem, Tallahassee.